

Monday, September 15, 2014

No. 14–0409/AF. U.S. v. Stephan H. Claxton. CCA 38188. Review granted on the following issue:

WHETHER THE GOVERNMENT'S FAILURE TO DISCLOSE THAT UNITED STATES AIR FORCE ACADEMY CADET ERIC THOMAS WAS A CONFIDENTIAL INFORMANT FOR THE AIR FORCE OFFICE OF SPECIAL INVESTIGATIONS (AFOSI) PURSUANT TO *BRADY v. MARYLAND*, 373 U.S. 83 (1963), WAS HARMLESS BEYOND A REASONABLE DOUBT.

The decision of the United States Air Force Court of Criminal Appeals is set aside, and the case is returned to the Judge Advocate General of the Air Force for remand to an appropriate convening authority to order a hearing pursuant to *United States v. DuBay*, 17 C.M.A. 147, 37 C.M.R. 411 (1967), to make findings of fact and conclusions of law related to the discovery matter underlying the granted issue. At the conclusion of the *DuBay* hearing, the record will be transmitted to the Court of Criminal Appeals for further review under Article 66(c), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(c) (2012). Thereafter, Article 67, UCMJ, 10

U.S.C. § 867 (2012), shall apply. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]